Agrl Credit Co. v. Brown et ............18958
Bednar v. Community Trac Co.......18955
Colavito v. State ....................18962
Conn Fire Ins. Co. v. Eisenzimmer ......18961
Jensen v. Royal Ins. Co................18963
Ohio Gas & Elect Co v. Tirey ...........18957
N. Y. Cent. Ry. v. Frank Kish.........18960
Wakefield State Bank v. Geesey .......18959

### February 13

18955—Teresie Bednar, Bohumil Zak Libbie Diesner, Tony Diesner and Van Svarc, as Administrator of Mary Foreit, v. Albert Foreit; Cuyahoga Appeals; motion to certify. Van Svarc and C. W. Toland, Cleveland, for defendant.

18957—Ohio Gas & Electric Co. v. Carl Tirey by Maggie Thomas, his next friend; Butler, Appeals; motion to certify. B. F. Harwitz, Middletown, W. C. Shepard, Hamilton, and L. K. Langtown, Cincinnati, for plaintiff; Anderws, Andrews & Rogers, Hamilton, for defendant.

### February 14

18958—Agricultural Credit Co et al v Linn Brown, Sheriff, etc., and F. C. Welbur and R. J. Walsh, Darke Appeals—Motion to certify. Mannix, Crawford & Billingsly, Greenville, and Chatting & Wise, Union City, Ind., for plaintiffs; Lee Kerlin and Jno. M. Hoel, Greenville, and L. L. Taylor, Union City, Ind., for defendants.

18959—Wakefield State Bank v. Satie Geesey John U Geesey, as Executor of William H. Geesey, and nine others. Williams Appeals—Motion to certify. H. Thane Bauman and Ritter & Schminck, Toledo, for plaintiff; A. L. Gebbard, Bryan and W. H. Shinn, Montpelier, for defendants.

18960—New York Cent Railroad Co v. Frank Kish, Jr, by Frank Kish, Sr., his next friend. Jefferson Appeals—Motion to certify. Ernest L. Finley, Steubenville, for plaintiff; Rogers & Cohen, Steubenville, for defendant.

### February 15

18961—Connecticut Fire Ins Co. v. George Eisenzimmer. Summit Appeals; Motion to certify. Mather, Nesbitt & Wilkie, Akron, and Mooney, Bibbee & Edmonds, Columbus, for plaintiff; May & May, Akron, for defendant.

18962—Emma Colavito v. State of Ohio; Cuyahoga Appeals; Motion to certify. Bernsteen & Bernsteen, Cleveland, for plaintiff; E. C. Stanton, Pros. Atty, Cleveland, for defendant.

18963—Alfred Jensen and Royal Insurance Co. Ltd., v. Cleveland Railway Co.; motion Cuyahoga Appeals to certify. Duffey & Duffey, and Day & Day, Cleveland, for plaintiffs; Squire, Sanders & Dempsey, Cleveland, for defendant.

## PROCEEDINGS OF
## SUPREME COURT

### WEEKLY REPORT OF
### CASES DECIDED
### TUESDAY, FEBRUARY 17, 1925.

### INDEX OF CASES DECIDED
### GENERAL DOCKET
State Ex Katz v. Am Mortg Co.......18897
### MOTION DOCKET
Becker Exr v. Fisher..................18385
Emery v State ......................18914
Kirchner v. Russell ...................18865
State v. Feranto ...................18916

### SUPREME COURT OF OHIO
### GENERAL DOCKET

18897—State, ex rel. Rhea Katz, v. The American Mortgage Co. In Mandamus. Dismissed without record and without prejudice on motion of relator and at her costs. Dock 1-5-95, 2 Abs. 18.

### MOTION DOCKET

18385—Oren D Becker, Extr. v. Edwin C Fisher el al. Motion by plaintiff to strike from files app for rehearing. Overruled. OS 3 Abs. 8; see conc.

18865—T. H. Kirchner v. Russell Walter, Treas. Delaware County. Motion to certify—Delaware appeals; OS Pend, 3 Abs. 115.

18914—Charles S Emery v. State. Motion for leave to file pet in err to Lucas Appeals. Overruled. Dock 1-16, 1925, 3 Abs. 50; OA 3 Abs 62.

18916—State of Ohio v. Cosmo Ferranto. Motion by defendant to strike from files motion for leave to file pet in err. Overruled. Dock 1-16, 1925, 3 Abs. 50; Mo. to file Pet. err., allowed, 3 Abs. 114.